No. 99–179.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–180.  KONKEL v. BOB EVANS FARMS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 99–181.  ARKANSAS HIGHWAY POLICE v. CRITTENDEN COUNTY PROSECUTING ATTORNEY'S OFFICE ET AL.  Sup. Ct. Ark.  Certiorari denied.

No. 99–182.  PINK v. MODOC INDIAN HEALTH PROJECT, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–183.  O'NEAL v. FHP, INC., ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–187.  LOWENSCHUSS, TRUSTEE OF THE FRED LOWENSCHUSS ASSOCIATES, ATTORNEYS AT LAW, PENSION AND PROFIT SHARING PLAN v. SELNICK.  C. A. 9th Cir.  Certiorari denied.

No. 99–188.  ADAMS ET AL. v. DELTA AIR LINES, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–191.  TAYLOR v. FEDERAL AVIATION ADMINISTRATION.  C. A. 9th Cir.  Certiorari denied.

No. 99–192.  CRENSHAW v. DISCIPLINARY COMMISSION OF THE SUPREME COURT OF INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 99–194.  TUTTLE v. MISSOURI DEPARTMENT OF AGRICULTURE.  C. A. 8th Cir.  Certiorari denied.

No. 99–196.  ANR COAL CO., INC. v. COGENTRIX OF NORTH CAROLINA, INC.  C. A. 4th Cir.  Certiorari denied.

No. 99–197.  BALLIET v. HEYDT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–205.  BRAWLEY v. COLORADO.  Dist. Ct. Colo., Adams County.  Certiorari denied.